# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 07, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-20080   In re: Arthur Brown, Jr.

Enclosed is an order entered in this case.


                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Monica R. Washington, Deputy Clerk
                    504-310-7705

Mrs. Tomee Morgan Heining
Mr. Nathan Ochsner
Mr. Jeremy Schepers
Mr. Derek R. VerHagen